**James Palmer PARKER, Petitioner–Appellant,**

v.

**Michael T. BELL, Respondent–Appellee.**

**No. 01–8113.**

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 25, 2002.

James Palmer Parker, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Palmer Parker appeals the district court's order granting the Respondent's motion for summary judgment and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001).

*Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Parker v. Bell,* No. CA–01–176–BO (E.D.N.C. Nov. 13, 2001).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Amar Khalid Abed seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Abed,* Nos. CR–97–24; CA–01–355–7 (W.D.Va. Oct. 22, 2001); *see also Tyler v. Cain,* 533 U.S. 970, 122 S.Ct. 13, 150 L.Ed.2d 795 (2001); *United States v. Sanders,* 247 F.3d 139 (4th Cir.), *cert. denied,* —— U.S. ——, 122 S.Ct. 573, 151 L.Ed.2d 445 (2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

* To the extent that Parker raises claims in his informal brief that were not properly presented to the district court, we note that he can-not raise them for the first time on appeal. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993).